IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:94CR95 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL J. CRESTONI, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of government's counsel, and with the agreement of defense counsel,

IT IS ORDERED that Defendant Crestoni's revocation hearing is rescheduled to Thursday, April 17, 2008, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

March 31, 2008.         BY THE COURT:

                        s/ *Richard G. Kopf*
                        United States District Judge