IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:94CR95 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. CRESTONI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The defendant shall enter Valley Hope, O'Neill, Nebraska, and participate
in the inpatient drug and alcohol treatment program at such institution.  He
shall follow all the rules and regulations of Valley Hope and the directions
of his U.S. Probation Officer.  He shall not leave O'Neill, Nebraska, except
to attend court proceedings or to consult with his counsel, and he shall
notify his probation officer in advance should he need to consult with his
counsel or go to court.

(2)     The defendant's sister shall transport the defendant from the jail in Wilber,
Nebraska, to Valley Hope on the morning of December 3, 2008, and the
United Stated Marshal's Service shall release him at that time.

(3)     The defendant shall continue to follow all terms of supervised release not
inconsistent with this order.

(4)     If the defendant is not accepted at Valley Hope or is subsequently
unsuccessfully discharged, he shall immediately turn himself into the
United States Marshal's Service and he shall thereafter be detained pending
further order of the court.

DATED this 2nd day of December, 2008.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge